# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
June 14, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: VM DEPUTY

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. CR 18-74 GW | Date June 14, 2022 |
| Title United States v. Ramos | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER OF DETENTION

Defendant is alleged to have violated the terms of his pretrial release. At the initial appearance following arrest on the violation petition, Defendant submitted on the issue of detention. Defendant is ordered DETAINED and held to answer the violation petition before the assigned district judge.